IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARAH BORCHGREVINK, REPRESENTATIVE OF THE ESTATE OF MATTHEW RYAN SHELTON, DECEASED and MARIANNA RUTH THOMSON, statutory wrongful death beneficiary of MATTHEW RYAN SHELTON, DECEASED<br><br>    Plaintiffs,<br><br>vs.<br><br>HARRIS COUNTY, TEXAS and Harris COUNTY HOSPITAL DISTRICT d/b/a HARRIS COUNTY HEALTH SYSTEMS, ET AL.<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§   CIVIL ACTION NO.: 4:23-cv-03198 |

## NOTICE OF APPEAL

Notice is hereby given that Defendant ED GONZALEZ ("Sheriff Gonzalez"), a Defendant in the above-numbered civil action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Memorandum Opinion and Order entered in this action on September 30, 2025 [Dkt. #194], denying Defendant Ed Gonzalez's Motion to Dismiss Plaintiffs' First Amended Complaint [Dkt. #72]. Sheriff Gonzalez appeals the denial of his assertion of qualified immunity from Plaintiffs' claims. A district court's order denying an assertion of qualified immunity is considered a "final decision" that can be immediately appealed and over which the United States Court of Appeals has jurisdiction pursuant to 28 U.S.C. Section 1291. *See Mitchell v. Forsyth*, 472

U.S. 511, 524-29 (1985); *Carswell v. Camp*, 54 F.4th 307, 310 (5th Cir. 2022). Additionally, the filing of this appeal stays any further proceedings as to Sheriff Gonzalez during the pendency of the appeal. *Carswell*, 54 F.4th at 312 (citations omitted); *Carty v. Rodriguez*, 211 Fed. App'x 292, 293 (5th Cir. 2006) (per curiam).

Date: October 14, 2025.

    Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND
FIRST ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT,
& REAL ESTATE DIVISIONS

By:   */s/ Gregory Burnett*
**GREGORY BURNETT**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov
**RACHEL FRASER**
Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24079725
Fed. Bar No. 2553428
Tel: (713) 274-5383 (direct)
rachel.fraser@harriscountytx.gov
**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Street
Houston, Texas 77002
**ATTORNEYS FOR ED GONZALEZ**

## CERTIFICATE OF SERVICE

    I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/ Gregory Burnett*
GREGORY BURNETT