# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 17, 2026
Lyle W. Cayce
Clerk

No. 25-20457

Sarah Borchgrevink, *Solely in her capacity as Independent Administrator of* the Estate of Matthew Ryan Shelton, *Deceased*; Marianna Ruth Thomson, Statutory Wrongful Death Beneficiary of Matthew Ryan Shelton, *Deceased*,

*Plaintiffs—Appellees*,

*versus*

Sheriff Ed Gonzalez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-3198

## JUDGMENT

Before King, Higginson, and Duncan, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.